UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:93-CR-130-BO-7
5:16-CV-581-BO

WILLIAM DANIELS,

    Petitioner

v.

UNITED STATES OF AMERICA,
    Respondent

ORDER

For good cause having been shown upon the motion of the Petitioner, it is hereby

ORDERED that the parties may file briefs regarding the effect of *Beckles v. United States,* and any other remaining issues in this matter. Petitioner must file any brief on or before June 21, 2017. Respondent may file a response to Petitioner's memorandum on or before July 21, 2017. Any further response by Petitioner must be filed on or before July 31, 2017.

This 23 day of June, 2017.

TERRENCE W. BOYLE
United States District Judge